IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| Sarvint Technologies, Inc., | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | Civil Action No. 1:15-cv-00069-TCB |
| v. | ) ) | Jury Trial Demanded |
| Carré Technologies, Inc., | ) ) | |
| Defendant. | ) | |

## CARRÉ'S MOTION FOR A PROTECTIVE ORDER

Now comes Carré and respectfully moves the Court pursuant to the provisions of Rule 26(c) FRCP for a Protective Order, and specifically requests that the Court order that Carré's responses to Sarvint's discovery requests be deferred pending a *prima facie* showing of infringement by Sarvint.

Respectfully submitted this 20th day of May, 2015,

/*s/ Robert M. Ward*
Robert M. Ward
(Georgia Bar 775401)
3455 Peachtree Road NE, Floor 5
 Atlanta, GA 30326
Telephone: (404) 606-6480
Facsimile: (203) 220-8497
rward@dilworthip.com

*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was electronically filed with the Court's CM/ECF. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ RM Ward*

*Attorney for Defendant*